

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00222-CR

Jacob Cory **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8528A
Honorable Pat Priest, Judge Presiding

# O R D E R

After this court granted an extension of time, the reporter's record was due August 18, 2014. The court reporter has filed a notice of late record, asking for a second extension of thirty days to file the record. We **GRANT** the requested extension and **ORDER** the reporter's record to be filed in this court on or before September 17, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court